PROB 12B
(7/93)

# United States District Court
## for the
## District of Vermont

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Dawn Michell Wetzel                                Case Number: 2:06-cr-146-01

Name of Sentencing Judicial Officer: Honorable J. Garvan Murtha, U.S. District Judge.

Date of Original Sentence: April 30, 2004.

Original Offense: Conspiracy to Possess Intent to Distribute a Quantity of Methylenedioxymethamphetamine (MDMA), Commonly Known as Ecstacy, a Quantity of Dimethyltryptamine (DMT), and Less Than 50 Kilograms of Marijuana.

Original Sentence: Three-year term of probation supervision (extended one additional year).

Type of Supervision: Probation.                    Date Supervision Commenced: April 30, 2004.

## PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years.
[X]   To modify the conditions of supervision as follows:

The defendant is to perform an additional 25 hours of community service during the term of supervision at a site approved by the probation officer.

## CAUSE

On June 20, 2007, Wetzel tested positive for THC, the active ingredient in marijuana. On June 21, 2007, Wetzel admitted to me that she had smoked marijuana approximately one week prior. She further stated that she had been using marijuana on an intermittent basis since the end-of-January 2007.

On June 21, 2007, Wetzel informed me that she was laid-off from her position at Pico Sports Center on April 1, 2007, thereby failing to report changes in employment 10 days in advance. She further failed to report a change in employment in her Monthly Supervision Report for April 2007.

Furthermore, Wetzel improperly filled-out her monthly supervision reports from January 2007 through April 2007, when she neglected to list all of the household residents, to wit: ex-boyfriend, Sean Daniels and as noted above, she further failed to report a change in employment in her Monthly Supervision Report for April 2007.

As a further means of addressing the above non-compliance, Wetzel was also placed on a random drug testing program, referred to out-patient substance abuse treatment and issued a written reprimand. Therefore, I would respectfully recommend the addition of 25 hours of community service as part of the overall sanction for her non-compliant behavior. I would note that this is Wetzel's second instance of violating her conditions of supervision. In the previous violation she had her probation supervision extended for one additional year.

Reviewed and approved,                              Respectfully submitted,

by *[signature]*                                     by *[signature]*

Joseph A. McNamara                                  Joseph C. Sampsell
Chief U.S. Probation Officer                        U.S. Probation Officer
Date: August 9, 2007                                Date: August 9, 2007

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

*signature*
Honorable J. Garvan Murtha
United States District Judge
Date: 8/13/07